FILED
CLERK, U.S. DISTRICT COURT
APR 2 5 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Bennie Ray Corn Defendant. | Case No.: EDCR 07-46-VAP  ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent. Dist. Calif._ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

1

2

and/ or

B. [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

*prior criminal history, prior drug use, recent conviction for domestic violence*

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/25/07

HONORABLE OSWALD PARADA
United States Magistrate Judge

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))